**FILED**
May 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>James Lee Pennington<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **PE: 26-MJ-198**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 18, 2026_____ in the county of _____Winkler_____ in the _____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 2250(a) | Failure to Register |

This criminal complaint is based on these facts:

Defendant did knowingly travel interstate and failed to register or update registration as required by the Sex Offender Registration and Notification Act

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deputy US Marshal
*Printed name and title*

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: _____5/21/2026_____

_____
*Judge's signature*

City and state:        Pecos, Texas

Honorable Judge Fannin
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

## AFFIDAVIT

BEING DULY SWORN, Affiant, Benjamin Couse, deposes and states the following:

I, Benjamin Couse, am a Deputy US Marshal with the United States Marshals Service in the Pecos Division of the Western District of Texas.

## AFFIANT'S BACKGROUND

Your affiant's name is Benjamin Couse. Affiant is a Deputy US Marshal who is authorized by powers and duties per 28 USC 566 to include; investigate such fugitive matters, both within and outside the United States; execute court orders and provide judicial security.

As a Deputy US Marshal, your affiant is employed by the primary federal agency under the Adam Walsh Act to assist state and local authorities in the location and apprehension of non-compliant and fugitive sex offenders in violations of the Act for federal prosecution.

Affiant has been employed with the United States Marshals Service since October 2022 and prior was employed by Department of Justice, INTERPOL from May 2021 to October 2022. The Affiant has been a member of the United States Marshals Service for over 3 years and has investigated multiple fugitive cases relating to violent crimes. Affiant has organized and participated in sex offender compliance operations and arrests with state and local authorities.

## PURPOSE OF AFFIDAVIT

This affidavit is made in support of a criminal complaint against JAMES LEE PENNINGTON for a violation of Title 18, United States Code Section 2250(a): Failure to Register Under the Sex Offender Registration and Notification Act ("SORNA").

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

## PROBABLE CAUSE

Based on my review of the Judgment from the 316TH District Court in Hutchinson County, Texas in case number 7747, the registration documents associated with that case and my training and experience as it relates to SORNA:

On September 18, 1996, Defendant plead guilty to Sexual Assault, a Second-Degree Felony. Defendant was determined to be eligible for Deferrment of Adjudication and placed on probation for five years. On June 3,1998 a motion to revoke the community supervision was filed and proceed to adjudicate the Defendant as Guilty. Defendant initially registered with Gray County Sheriff's Office in Pampa, Texas on January 28, 1998. Defendant has multiple Driving Under the Influence Offenses in Missouri, Oklahoma, and Texas. On July 7, 2011, Defendant plead guilty to Driving Under the Influence, Eluding a Police Officer, and Resisting a Police Officer in The District Court of Muskogee County, Oklahoma. On April 8, 2013, Defendant completed Sex Offender Registration Form DOC 020304A with the Oklahoma Department of Corrections. This was the last registration on record in Oklahoma. Defendant was convicted on January 22, 2014, for 18 USC 2250 Failure to Register in The Western District of Texas Midland Division. Defendant was sentenced to 30 Months in the Bureau of Prisons and 240 Months Supervised Release. On April 4, 2016, PENNINGTON was arrested for violation of Supervised Release and sentenced to 9 months in the Bureau of Prisons and 240 Months of Supervised Release. On September 9, 2019, PENNINGTON was arrested for Violation of Supervised Release and sentenced to 14 Months in the Bureau of Prisons and 120 Months of Supervised Release. On November 16, 2021, PENNINGTON was arrested for Violation of Supervised Release and sentenced to 24 Months in the Bureau of Prisons. Any subsequent supervision was terminated after the 24 Months in the Bureau of Prisons. Defendant is required lifetime registration annually

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

with Texas Department of Public Safety on the Sex Offender Registry. Defendant is required to report any status changes no later than the seventh day, including a change of residence. The Defendant acknowledged each of his registration requirements by initials and signing on CR32 with Odessa Police Department on October 24, 2023, for his annual verification. This section states sex offender registrations must be kept current in each jurisdiction in which they reside. To include a section about the Sex Offender Registration and Notification Act (SORNA). Defendant's last Sex Offender Registration activity was a change of status on October 30, 2024, with Odessa Police Department. Defendant's last Sex Offender Verification was on October 24, 2023, with Odessa Police Department. The change of status is to indicate that PENNINGTON was incarcerated at the time from arrest that occurred in Tulsa, Oklahoma for Driving Under the Influence.

On April 24, 2026, Winkler County Sheriff's Office contacted Affiant about James Lee PENNINGTON about possible federal 18 USC 2250 Violations. Affiant's knowledge is through incident reports, speaking with officers, and recorded interview footage by Winkler County Sheriff's Office.

On April 22, 2026, Winkler County Deputies were dispatched to 500 East Highway 302, Suite #22/2, 302 Lodging in Kermit, Texas for a possible out of compliance sex offender. When Deputies arrived, PENNINGTON took off running on foot and was later detained and transported to Winkler County Jail. Winkler County Deputy discovered that PENNINGTON was a registered sex offender through his investigation with his last annual verification with Odessa Police Department on October 24, 2023, and a status change on October 30, 2024.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

Winkler County Deputy spoke with property manager of 302 Lodging and obtained a copy of a lease with PENNINGTON establishing residence on January 18, 2026, at 302 Lodging, 500 East State HWY 302 in Kermit, Texas and listed girlfriend as other occupant. This residence is not reported on PENNINGTON'S sex offender registration. Winkler County Deputy interviewed PENNINGTON in reference to his sex offender registration status. Winkler County Deputy asked if he had been living at 500 East Hwy, Suite #22/2, Kermit, Texas. PENNINGTON stated that he had not lived in Kermit long and that he had just been released from an Oklahoma jail. Winkler County Deputy advised PENNINGTON that he had 7 days to report on a new residence and he had not done so. PENNINGTON stated that he only signed the lease for his girlfriend because she had bad credit and that he had been in Kermit for less than a week. A criminal history review indicates PENNINGTON was arrested on June 12, 2024, in Tulsa, Oklahoma for Driving Under the Influence. PENNINGTON has an outstanding warrant in Oklahoma for Driving Under the Influence dated April 17, 2025. Winkler County Deputy asked PENNINGTON if he had registered in Oklahoma and PENNINGTON stated that he had been in Oklahoma the whole time. Winkler County Deputy asked PENNINGTON if he worked at the Kings Sand Plant in Kermit, Texas and PENNINGTON stated that he was unemployed and did not know where Kings Sand Plant is. Winkler County Deputy advised PENNINGTON that he needed to register in Winkler County and was in violation of his sex offender status.

On April 24, 2026, Winkler County Deputy interviewed PENNINGTON'S girlfriend who was listed as the other occupant on the lease at 302 Lodging in Kermit, Texas. She advised that they had both been living there since January and that PENNINGTON had been working at a sand plant called Wall Street Sand Plant. She also advised that they had moved from the Dallas area. PENNINGTON has no record of sex offender registration in the Dallas area. Winkler County

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

Deputy spoke with Wall Street Sand Plant in Kermit, Texas and verified that PENNINGTON has been an employee between January 2026 and April 23, 2026. PENNINGTON was charged with Sex Offenders Duty to Register w/Prev Conviction in Winkler County and released on bond on or about April 24, 2026.

On May 12, 2026, Winkler County Sheriff's Office notified Affiant that PENNINGTON was currently not registered in any jurisdiction in Texas and has given an address to Motel 6 located at 436 West Interstate 30, Garland, Texas, Room 314.

## CONCLUSION

Based on the facts and circumstances stated above, I submit that there is probable cause to arrest Defendant for violations of Title 18, United States Code, Section 2250 – *Failure to register.*

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.

Benjamin Couse
Deputy US Marshal
United States Marshals Service

Subscribed and sworn to before me this 21 day of May, 2026.

The Honorable David B. Fannin
United States Magistrate Judge
Western District of Texas (Pecos Division)